THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROBERT LAVERN DOUMECQ | § | CASE NO. 09-40635-R |
| XXX-XX-1168 | § | |
| 1040 OAKVIEW DRIVE | § | CHAPTER 13 |
| OAK POINT, TX 75068 | § | |
| | § | |
| BRENDA DIANE DOUMECQ | § | |
| XXX-XX-6501 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | COLONIAL SAVINGS | $1.32 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $1.32 is attached to this Notice.

Dated: 4-15-11

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050